1  NORMAN B. BLUMENTHAL, Bar No. 068687
   KYLE R. NORDREHAUG, Bar No. 205975
2  APARAJIT BHOWMIK, Bar No. 248066
   BLUMENTHAL, NORDREHAUG & BHOWMIK
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone:  858.551.1223
   Facsimile:   858.551.1232
5  E-Mail: Norm@bamlawca.com
   E-Mail: kyle@bamlawlj.com
6  E-Mail: aj@bamlawca.com

7  Attorneys For Plaintiff
   ISSAC CURRY
8

9  LINDBERGH PORTER, JR., Bar No. 100091
   MARY D. WALSH, Bar No. 197039
10 LITTLER MENDELSON
   A Professional Corporation
11 650 California Street
   20th Floor
12 San Francisco, CA  94108
   Telephone:  415.433.1940
13 Facsimile:   415.399.8490
   E-mail: lporter@littler.com
14 E-mail: mdwalsh@littler.com

15 Attorneys for Defendant
   WELLS FARGO BANK, N.A.

16
                     UNITED STATES DISTRICT COURT
17
                    CENTRAL DISTRICT OF CALIFORNIA
18

| ISAAC CURRY, | Case No. CV12-06962-ODW (PJWx) |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION REGARDING CONTINUANCE OF TRIAL AND TRIAL-RELATED DATES** |
| WELLS FARGO BANK, N.A.; and DOES 1 through 50 inclusive, | |
| Defendants. | Judge:   Hon. Otis D. Wright II |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIP RE: CONTINUANCE OF
TRIAL AND TRIAL-RELATED DATES             Case No. CV12-06962-ODW (PJWx)

1    Plaintiff Isaac Curry ("Plaintiff") and Defendant Wells Fargo Bank, N.A.
2  ("Wells Fargo") hereby stipulate and agree to the following:
3    WHEREAS, on or about December 22, 2011, Plaintiff filed his original
4  complaint in Los Angeles County Superior Court alleging causes of action under
5  California's wage and hour laws;
6    WHEREAS, on or about July 20, 2012, Plaintiff filed a First Amended
7  Complaint adding new causes of action for retaliation and wrongful termination, in
8  addition to a cause of action under the Federal Fair Labor Standards Act;
9    WHEREAS, Wells Fargo removed this action to this Court on or about
10 August 13, 2012;
11   WHEREAS, on or about October 23, 2012, the Court issued a Scheduling
12 and Case Management Order setting a trial date of June 4, 2013, a pre-trial conference
13 date of May 13, 2013, and a discovery cut-off date of March 4, 2013;
14   WHEREAS, Plaintiff is one of several HMCs who opted-out of a FRCP
15 Rule 23 class action or did not opt-in to an FLSA collection action alleging similar
16 wage and hour claims on behalf of Home Mortgage Consultants (HMCs) employed by
17 Defendant and elected to pursue their own lawsuits;
18   WHEREAS, Defendant has been attempting to coordinate litigation in all
19 cases brought by HMCs in various federal and state courts, which resulted in one
20 postponement of a mediation date in this matter;
21   WHEREAS, the parties have agreed to mediate the case before private
22 mediator Judge Richard Haden and have a mediation date scheduled for March 14,
23 2013;
24   WHEREAS, since the case originally was filed, the parties have been
25 engaged in discovery, including written discovery and production of documents, and
26 informal exchanges of information for mediation;
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIP RE: CONTINUANCE OF
TRIAL AND TRIAL-RELATED DATES    1    Case No. CV12-06962-ODW (PJWx)

1       WHEREAS, in an effort to focus on mediation and save their clients
2 significant fees, the parties agreed to postpone certain discovery until after mediation,
3 including several depositions;

4       WHEREAS, if the parties are unable to resolve the matter at mediation,
5 they will need some additional time to complete all pending discovery, including
6 depositions of witnesses, one or more of whom reside out-of-state;

7       WHEREAS, the parties agree that a brief continuance of the pre-trial and
8 trial dates will facilitate each party's ability to complete discovery and effectively
9 prepare for trial;

10       WHEREAS, the parties have agreed to a new trial date of August 6,
11 2013, which is just 63 days after the current trial date of June 4, 2013;

12       WHEREAS, the parties have not previously requested any extensions or
13 continuances in this matter;

14       WHEREAS, this stipulation is made in good faith and is not made to
15 delay these proceedings or for any other improper purpose;

16       NOW, THEREFORE, subject to the approval of this Court, the parties
17 stipulate and request that the trial and pre-trial deadlines be continued as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cut-off | March 4, 2013 | May 6, 2013 |
| Last Date to Conduct Settlement Conference | April 8, 2013 | June 17, 2013 |
| Last Date for Hearing Motions at 1:30 p.m. | April 15, 2013 | June 24, 2013 |
| Deadline to: Lodge Proposed Pretrial Conference Order & Pretrial Exhibit | May 6, 2013 | July 8, 2013 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIP RE: CONTINUANCE OF TRIAL AND TRIAL-RELATED DATES      2      Case No. CV12-06962-ODW (PJWx)

| | | |
|---|---|---|
| Stipulation; File Contentions of Fact and Law, Exhibit and Witness Lists; Status Report Regarding Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; Joints Statement Re Disputed Jury Instructions; Verdicts, etc. | | |
| Deadline to File Motions in Limine, Proposed Voir Dire Questions and an Agreed-to-Statement of Case | May 13, 2013 | July 15, 2013 |
| Final Pretrial Conference at 2:30 p.m. | May 13, 2013 | July 15, 2013 |
| Hearing on Motions in Limine at 2:30 p.m. | May 28, 2013 | June 30, 2013 |
| Last Date to File Final Pretrial Exhibit Stipulation | May 30, 2013 | August 1, 2013 |
| Jury Trial | June 4, 2013 | August 6, 2013 |

Alternatively, if the Court is not inclined to grant the parties request to continue the trial date, the parties request that the Court extend the discovery cutoff date from March 4, 2013 to April 30, 2013 to allow the parties sufficient time to complete pre-trial discovery should the matter not settle at mediation.

JOINT STIP RE: CONTINUANCE OF TRIAL AND TRIAL-RELATED DATES    3    Case No. CV12-06962-ODW (PJWx)

IT IS SO STIPULATED

Dated: February 12, 2013

*/s/* APARAJIT BHOWMIK
NORMAN B. BLUMENTHAL
KYLE R. NORDREHAUG
APARAJIT BHOWMIK
BLUMENTHAL, NORDREHAUG & BHOWMIK
Attorneys for Plaintiff
ISAAC CURRY

Dated: February 12, 2013

*/s/* MARY D. WALSH
LINDBERGH PORTER, JR.
MARY D. WALSH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Firmwide:117949645.1 051995.1048

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIP RE: CONTINUANCE OF TRIAL AND TRIAL-RELATED DATES   4   Case No. CV12-06962-ODW (PJWx)