O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CURRY,<br><br>　　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A., and DOES 1–50,<br><br>　　　　　Defendants. | Case No. 2:12-cv-06962-ODW(PJWx)<br><br>**ORDER DENYING JOINT STIPULATION REGARDING CONTINUANCE OF TRIAL AND TRIAL RELATED DATES [11] AND CONTINUING DISCOVERY AND DISPOSITIVE-MOTION CUTOFF DATES** |

　　　　The parties' Joint Stipulation Regarding Continuance of Trial and Trial-Related Dates (ECF No. 11) is hereby **DENIED**.  The Court does, however, accept the parties' proposal in the alternative to delay the discovery cut-off date to accommodate their scheduled March 14, 2013 mediation date with Judge Richard Haden.  Accordingly, the Court hereby **CONTINUES the discovery cut-off date** from March 4, 2013, **to April 30, 2013**.  Because the discovery cut-off date as continued falls after the original deadline for the Court to hear dispositive motions, the Court likewise

/ / /

/ / /

/ / /

/ / /

/ / /

1  **CONTINUES the last date for *hearing* motions** from April 15, 2013, **to June 24,**
2  **2013, at 1:30 p.m.**  All other trial and pre-trial dates in this matter (*see* ECF No. 8)
3  remain unchanged.

5  **IT IS SO ORDERED.**

7  February 19, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**