**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CURRY,<br><br>                Plaintiffs,<br>v.<br>WELLS FARGO BANK N.A. et al,<br><br>                Defendants. | Case No. 2:12-cv-06962-ODW(PJWx)<br><br>**ORDER AMENDING TRIAL AND PRETRIAL DATES** |

      On February 19, 2013, the Court denied the parties' request to continue the trial date in this matter. (ECF No. 12.) Instead, the Court extended the discovery cut-off date to April 30, 2013, and the last date to hear motions to June 24, 2013. This was in error, as June 24 is past the current June 4 trial date. Further, the Court has recently become unavailable for trial in July. Accordingly, the Court modifies the trial and pre-trial dates in this matter as follows:

| | |
|---|---|
| **08/27/13** | Trial at 9:00 a.m. |
| **08/22/13** | File Final Trial Exhibit Stipulation |
| **08/19/13** | Hearing on Motions in Limine at 2:30 p.m. |
| **08/05/13** | Final Pretrial Conference at 2:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement |

| | | |
|---|---|---|
| | | of Case |
| | **07/29/13** | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Trial briefs<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc… |
| | **06/10/13** | Last Day for Hearing Motions* |
| | **05/06/13** | Last Date to Conduct *Mandatory* Settlement Conference |
| | **04/30/13** | Discovery Cut-Off for *All* Discovery |

This Order supersedes the Court's earlier continuance of the Pretial Conference in this matter (ECF No. 13); to be clear, the Pretrial Conference is now set for August 5, 2013, *not* May 7, 2013.

**IT IS SO ORDERED.**

April 12, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**