1  BLUMENTHAL, NORDREHAUG & BHOWMIK
    Norman B. Blumenthal (State Bar No. 068687)
2   Kyle R. Nordrehaug (State Bar No. 205975)
    Aparajit Bhomik (State Bar No. 248066)
3   Piya Mukherjee (State Bar No. 274217)
   225 Calle Clara
4  La Jolla, CA  92037

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISAAC CURRY, | Case No. CV-12-06962-ODW (PJWx) |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| WELLS FARGO BANK, N.A., ET AL. | |
| Defendants. | |

Case No. CV-12-06962
STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1. The Parties agree that pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), all claims brought herein by plaintiff Isaac Curry against Defendant Wells Fargo Bank, N.A. are dismissed *with* prejudice, each side to bear its own costs and attorneys' fees.

DATED:  May 15, 2013　　　　　　　　　BLUMENTHAL, NORDREHAUG & BHOWMIK

　　　　　　　　　　　　　　　　　　　　　By:  */s/ Aparajit Bhowmik*
　　　　　　　　　　　　　　　　　　　　　　　　Aparajit Bhowmik
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED:  May 15, 2013　　　　　　　　　LITTLER MENDELSON

　　　　　　　　　　　　　　　　　　　　　By:  */s/ Mary D. Walsh*
　　　　　　　　　　　　　　　　　　　　　　　　Mary D. Walsh
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Firmwide:120246595.1 051995.1048